| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on<br>**05/31/2011**<br>by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>Franca Conti and Ciro Conti, | Case No.:    10-18054<br><br>Hearing Date: |
| Rosario & Calogera Restaurant, Inc.,<br><br>                    Plaintiff(s)<br><br>v.<br><br>Ciro Conti,<br><br>                    Defendant(s) | Adv. No.:    10-1808<br><br>Chapter:    7<br><br>Judge:    Novalyn L. Winfield |

**ORDER TO SHOW CAUSE**

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: 05/31/2011**

_____
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

**Page 2**

Debtor:        Franca Conti and Ciro Conti
Case No.:      10-18054
Adv. No.:      10-1808
Caption of Order: Order to Show Cause For Dismissal of Adversary Proceeding For Lack of
                Prosecution

_____

    It appearing to the Court that there has been a lack of activity in this adversary proceeding; <u>and for good cause shown</u>,

    ORDERED, that the plaintiff shall show cause on **June 13, 2011, at 11:00 a.m.** in the United States Bankruptcy Court, Martin Luther King, Jr. Federal Court House, 50 Walnut Street, 3rd Floor, Newark, NJ, Courtroom number 3A, before the Honorable Judge Novalyn L. Winfield, why this adversary proceeding should not be dismissed for lack of prosecution.

## **APPEARANCES ARE REQUIRED**

**This adversary proceeding will be dismissed if no appearance is made.**

    Take further notice that if a request for entry of default, certification of service of the summons and complaint, certification in support of default judgment, and form of default judgment under Fed. R. Bankr. P. 7055 are filed no less than seven (7) days before the return date, no appearance shall be necessary and this order shall be vacated.


## CERTIFICATE OF MAILING

    I HEREBY CERTIFY that on May 26, 2011, I mailed a copy of the foregoing order to each of the following:

John Testa
245 Paterson Ave.
Little Falls, NJ 07424

                                            James J. Waldron, Clerk

*Approved by Judge Novalyn L. Winfield May  31, 2011*